[Crim. No. 614. Fourth Dist.—May 12, 1941.]

THE PEOPLE, Respondent, v. WARREN MARR, Appellant.

Ben D. Frantz for Appellant.

Earl Warren, Attorney-General, and Bayard Rhone, Deputy Attorney-General, for Respondent.

BARNARD, P. J.—The facts herein are in all material respects the same or similar to those involved in the opinion this day filed in *People* v. *Marr*, Criminal No. 613 (*ante*, p. 760 [113 Pac. (2d) 22].)

In this case only one objection to the transcript was made and only one correction sought. It involves only the correction of one word, and is immaterial here for the reasons given in the opinion referred to.

The motion is denied.

Marks, J., and Griffin, J., concurred.